■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY REEVES, Appellant. [774 NYS2d 326]—

Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered January 10, 2003, convicting defendant, upon his plea of guilty, of burglary in the second degree, and sentencing him, as a second violent felony offender, to a term of 15 years and a five-year period of postrelease supervision and imposing a mandatory surcharge of $200 and a crime victim assistance fee of $10 pursuant to Penal Law § 60.35, unanimously modified, on the law, to the extent of deleting the period of

postrelease supervision and reducing the amounts of the mandatory surcharge and crime victim assistance fee to $150 and $5, respectively, and otherwise affirmed.

As the People correctly concede, since defendant committed the instant crime prior to the effective date of Penal Law § 70.45, which provided for postrelease supervision, and prior to the effective date of legislation increasing the mandatory surcharge and crime victim assistance fees, defendant's sentence is unlawful to the extent indicated (*People v Thomas*, 278 AD2d 174 [2000]; *People v Clarke*, 111 AD2d 11 [1985]). We perceive no other basis for reducing the sentence. Concur—Andrias, J.P., Ellerin, Lerner and Gonzalez, JJ.